**Order entered April 30, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00475-CV

## LLOYD DOUGLAS, Appellant

## V.

## CITY OF KEMP, TEXAS, Appellee

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 89460-422**

## ORDER

Pending before the Court are appellant's April 17, 2014 motion to extend time to file notice of appeal and court reporter Donna R. Gehl's April 24, 2014 request to not be ordered to file the reporter's record because appellant has neither requested the record nor made arrangements to pay for it. We **GRANT** appellant's extension request. The notice of appeal filed April 17, 2014 is deemed timely for jurisdictional purposes. Because appellant filed a docketing statement on April 25, 2014, the day after Ms. Gehl's request was made, and represented he had requested the record and made payment arrangements that day, we **DENY** Ms. Gehl's request. We **ORDER** Ms. Gehl to file the record no later than June 2, 2014.

/s/     ELIZABETH LANG-MIERS
JUSTICE